UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:09CR00174-01 HDY |
| | ) | |
| MICKY T. MINTON | ) | |

## ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed.

SO ORDERED this __15th__ day of July 2009.

_____
H. David Young
United States Magistrate Judge